1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Michael W. Washington

7

8

9

10 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
11 **WESTERN DIVISION**

12

13 MICHAEL W. WASHINGTON,             ) Case No.: 2:15-cv-02117-AGR
                                       )
14         Plaintiff,                  ) ORDER ON STIPULATION
                                       )
15    vs.                              )
                                       )
16 CAROLYN W. COLVIN, Acting           )
   Commissioner of Social Security,   )
17                                     )
           Defendant                   )
18                                     )
                                       )
19
       IT IS SO ORDERED, on the stipulation of the parties, that this matter is
20
   dismissed with prejudice, each party bearing its own fees, costs and expenses.
21
   DATE:  September 16, 2015
22
                                       /s/ Alicia G. Rosenberg
23                                     _____
                                       THE HONORABLE ALICIA G. ROSENBERG
24                                     UNITED STATES MAGISTRATE JUDGE

25

26